UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)                    CIVIL NO. 98-1642 (DRD)

      Plaintiff                  FORECLOSURE OF MORTGAGE

        v.

JOSE RAMON PEREZ-TOLEDO a/k/a
JOSE R. PEREZ-TOLEDO, IRIS DELIA
RAMOS-RODRIGUEZ, and the
conjugal partnership constituted
by both

      Defendants

*RECEIVED & FILED DEC 1 0 1999 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR*

## AMENDED ORDER NUNC PRO TUNC

WHEREAS, the amount owed to plaintiff related to the sale of the real property at Naranjito Ward, Sector Lechuga, Hatillo, Puerto Rico, is the principal sum of $39,043.30 plus interest accrued as of March 3, 1999, in the amount of $10,679.68, plus legal fees in the amount of $628.76, for a total of $50,351.74;

WHEREAS, the auctioned property was sold for $37,942.00, and deducting the United States Marshal Service fees in the amount of $658.33, the remaining balance of $37,283.67 shall be disbursed to the United States Department of Justice.

THEREFORE, the Clerk of the U.S. District Court shall issue a check for $37,283.67 to the order of the US Department of Justice. This order shall be entered Nunc Pro Tunc as of November 8, 1999.

In San Juan, Puerto Rico, this _8_ day of _December_, _1999_.

_____
UNITED STATES DISTRICT JUDGE